**Ellowood Eugene BENNETT, Plaintiff—Appellant,**

v.

**B.A. BLEDSOE, Warden, Defendant—Appellee.**

No. 05–6299.

United States Court of Appeals, Fourth Circuit.

Submitted: July 6, 2005.

Decided: Aug. 3, 2005.

Ellowood Eugene Bennett, Appellant pro se.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

§ 636(c) (2000).

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ellowood Eugene Bennett appeals the district court's judgment adopting the magistrate judge's report and recommendation and denying his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record, the district court's order and the magistrate judge's report and recommendation and affirm for the reasons stated by the district court. *See Bennett v. Bledsoe,* No. CA–03–114 (N.D.W.Va. Jan. 27, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*